CHARLES SHENKER, Respondent, *v.* OTTO FLEISHNER, Appellant, Impleaded with Another.

(Argued April 7, 1931; decided May 12, 1931.)

*Charles H. Kelby* and *Abraham J. Halprin* for appellant.
*Fred P. Harrington* and *Frank Rosenblum* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.